UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Joseph Varvaro,

                                    Plaintiff,                          **7:18-cv-06247-CS**

                  -against-                                             **Plaintiff Answer to**
                                                                        **Counterclaims**
GNS SERVICE PRO D/B/A USA SERVICE STATION AND
SOKOL "GENE" MJESHTRI,

                                    Defendants.
-------------------------------------------------------------X


          Plaintiff, Joseph Varvaro, by and through his attorney, Jordan El-Hag, Esq., hereby
responds to the above-captioned Defendants' counterclaims as follows:

191.    As this paragraph asserts a general reaffirmation of every allegation in the Answer, and
        only a response to the counterclaim allegations is required, a single response is not
        possible. Accordingly, Plaintiff denies the allegations set forth in this paragraph.

192.     This paragraph asserts a legal conclusion to which no response is required.

193.    This paragraph asserts a legal conclusion to which no response is required.

194.    This paragraph asserts a legal conclusion to which no response is required.

195.    Deny.

196.    Deny.

197.    This paragraph asserts a legal conclusion to which no response is required.

198.    Deny.

199.    Deny.

200.    This paragraph asserts a legal conclusion to which no response is required.

201.    This paragraph asserts a legal conclusion to which no response is required.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**
**AMOUNT IN CONTROVERSY**

1. To the extent the Defendants loaned Plaintiff money, the amount in controversy is disputed.

**SECOND AFFIRMATIVE DEFENSE**
**JURISDICTION**

2. This Court lacks subject matter jurisdiction over Defendants' counterclaim.

**THIRD AFFIRMATIVE DEFENSE**
**OFFSET**

3. If Plaintiff owes Defendants any money, such amounts are offset by any unpaid and lost wages to which Plaintiff is owed.

**FOURTH AFFIRMATIVE DEFENSE**
**PREVENTION OF PERFORMANCE**

4. Defendants unlawfully withheld Plaintiff's work tools and thereby prevented Plaintiff from securing gainful employment to repay any alleged loan.

**FIFTH AFFIRMATIVE DEFENSE**
**FRUSTRATION OF PURPOSE/BREACH OF CONTRACT**

5. A condition to any alleged loan repayment was Plaintiff's ongoing employment with Defendants. When the Defendants terminated Plaintiff's employment, they relieved Plaintiff of his obligation to repay any such loan.

### FIFTH AFFIRMATIVE DEFENSE
### ATTORNEY FEES ARE NOT RECOVERABLE

6. There is no agreement between the parties to award attorney fees or costs to a prevailing party concerning any alleged loan. As such Defendants cannot recover attorney fees.

El-Hag & Associates, P.C

By: _____
Jordan El-Hag, Esq.
Attorney for Plaintiff
777 Westchester Ave., Suite 101
White Plains, N.Y 10604
(914) 218-6190 (o)
(914) 206-4176 (f)
Jordan@elhaglaw.com